SLIP OPINION

Cite as 2016 Ark. 195

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2016 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** April 28, 2016 |

## PER CURIAM

The final deadline for attorneys to pay the 2016 annual attorney-license fee was April 15, 2016. Rule VII(C) of the Rules Governing Admission to the Bar imposes an automatic suspension on those attorneys who fail to pay the annual fee by the final deadline following a series of three pre-suspension notices. The attorneys named on the attached list failed to pay the annual license fee by the final deadline of April 15, 2016. Therefore, those attorneys were automatically suspended on April 16, 2016, by operation of Rule VII(C) and shall not practice law in the State of Arkansas until reinstated or except during a stay of the suspension as provided in Rule VII(C)(15).

We take this opportunity to remind those attorneys who no longer want an Arkansas attorney's license that we are permitting suspended attorneys to surrender their licenses voluntarily without paying past dues and penalties owed, and we will continue to do so until December 31, 2016. *See In re Amendments to Rules Governing Admission to the Bar, Rule VII*, 2015 Ark. 280 (per curiam). Attorneys who wish to petition this court to surrender their licenses voluntarily should begin that process by contacting the Office of the Committee on Professional Conduct.

SLIP OPINION

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 78002**

John Harold Adametz, Jr.
North Little Rock, AR

**Bar Number: 83004**

Bruce W. Allen
Malvern, AR

**Bar Number: 78180**

Jenelle M. Arnold
Minneapolis, MN

**Bar Number: 87001**

Andy E. Adams
Fayetteville, AR

**Bar Number: 2008017**

Chad M. Allen
Bentonville, AR

**Bar Number: 74196**

Richard Legrande Arnold
Dallas, TX

**Bar Number: 98089**

Christy Malyn Adams
Bella Vista, AR

**Bar Number: 97187**

George Antonio Anaya
Cincinatti, OH

**Bar Number: 95053**

Phyllis Ann Atha
Ozark, AR

**Bar Number: 94065**

Hannah Whitley Addington
Texarkana, TX

**Bar Number: 2004066**

Michelle K. Anderson
Fayetteville, AR

**Bar Number: 94240**

J. Andrew Atkins
Richardson, TX

**Bar Number: 95102**

Jeff Mansfield Addison
New Boston, TX

**Bar Number: 82184**

Stephen N. Anderson
Santiago, Ch

**Bar Number: 84168**

Heidi Joy Atkins-Lieberman
Hartsburg, MO

**Bar Number: 75185**

Thomas R. Adkins
Houston, TX

**Bar Number: 87005**

Suzanne Antley
San Diego, CA

**Bar Number: 2008100**

Garland Eugene Autrey
Chicago, IL

**Bar Number: 98072**

Frank Adler
Keller, TX

**Bar Number: 99185**

Lesley Carole Ardemagni
Keller, TX

**Bar Number: 89042**

Sharon Louise Autry
Avondale, AZ

**Bar Number: 82001**

John Childs Aldworth
Clinton, AR

**Bar Number: 86179**

Debra A. Armstrong-Wright
Auburn, AL

**Bar Number: 2001002**

Linda S. Auwers
Washington, DC

**Bar Number: 88014**

Steve Alexander
San Diego, CA

**Bar Number: 82003**

Karen L. Arndt
Berkeley, CA

**Bar Number: 83011**

Lawrence H. Averill, Jr.
Winston Salem, North Carolina

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 76153**

Stephen Richard Bachmann
Bronxville, NY

**Bar Number: 85182**

Timothy Kent Barnes
Clarksville, TN

**Bar Number: 94171**

Brian Craig Been
Tulsa, OK

**Bar Number: 95277**

Douglas Parker Bacon
Nixa, MO

**Bar Number: 98216**

Catherine Emily Barrier
Little Rock, AR

**Bar Number: 83019**

Ann Marie Bell
Houston, TX

**Bar Number: 95198**

Patricia Maidt Baggett
Rogers, AR

**Bar Number: 83017**

Dale Raymond Barron
Dallas, TX

**Bar Number: 71006**

Harvey L. Bell
FPO, AP

**Bar Number: 95124**

Alicia Clifton Baladi
Madison, MS

**Bar Number: 82011**

Edward T. Barry
Jonesboro, AR

**Bar Number: 2005101**

Bruce Lamar Bennett
Little Rock, AR

**Bar Number: 84169**

Mark Lehn Baldwin, Jr.
Kansas City, MO

**Bar Number: 78011**

Carey Edward Basham
Little Rock, AR

**Bar Number: 88016**

Tom Arnold Bennett
Wilson, AR

**Bar Number: 80166**

John W. Ball, III
San Diego, CA

**Bar Number: 84008**

Joyce E. Batchelor
Jonesboro, AR

**Bar Number: 79014**

Paul Robert Bergant
Rogers, AR

**Bar Number: 82222**

Ed W. Bankston
Lafayette, LA

**Bar Number: 98062**

Jill M. Beall
Little Rock, AR

**Bar Number: 81176**

C. Glen Berry, Jr.
Mary Ester, FL

**Bar Number: 92219**

Nathan Eric Barnard
Tulsa, OK

**Bar Number: 87197**

Beth E. Beavers
Germantown, TN

**Bar Number: 93017**

Daniel L. Berry
Cape Girardeau, MO

**Bar Number: 82185**

John Lancaster Barnes
Fairbanks, AK

**Bar Number: 95014**

Jonny Beth Beazley
Charlotte, NC

**Bar Number: 92011**

James D. Berry, Jr.
Shawnee, OK

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2008287**

Dawn M. Bertram
Fayetteville, AR

**Bar Number: 89145**

William Ward Blevins
Little Rock, AR

**Bar Number: 2007017**

Tina Fernandes Botts
Marion, AR

**Bar Number: 72007**

Sanford L. Beshear, Jr.
Taylorsville, UT

**Bar Number: 80169**

Barry Lynn Blixt
Odenton, MD

**Bar Number: 89221**

Stephanie M. L. Bowden
Russellville, AR

**Bar Number: 72117**

Nicholas C. Bierwirth
Plymouth, MI

**Bar Number: 85012**

Mikel Robert Blocker
Rogers, AR

**Bar Number: 2011105**

Kelly Beth Bowie
Ashdown, AR

**Bar Number: 74161**

John Frederick Bischoff
Apton, MN

**Bar Number: 91020**

P. Maureen Bock-Dill
Salem, OR

**Bar Number: 82023**

Charles Phillip Boyd, Jr.
Little Rock, AR

**Bar Number: 91080**

Steven Thomas Blair
Cranston, RI

**Bar Number: 89100**

Charles S. Bohannon
Dallas, TX

**Bar Number: 2004193**

Kristen Mark Boyd
Little Rock, AR

**Bar Number: 78181**

Robert Atherton Blanshard
Dallas, TX

**Bar Number: 93079**

Richard Boling
Hopkinsville, KY

**Bar Number: 2010078**

Michael Brennen Boze
Houston, TX

**Bar Number: 2000014**

DeLisa K. Blanton
Gilbert, AZ

**Bar Number: 80170**

Frank C. Bolton
Phoenix, AZ

**Bar Number: 2000169**

Frank Joseph Bozzo
Mountain Home, AR

**Bar Number: 2003219**

Charles Mills Bleil, Jr.
Dallas, TX

**Bar Number: 2000019**

Maradith Tuten Boone
Baton Rouge, LA

**Bar Number: 91121**

Michael Patrick Bradley
Fort Smith, AR

**Bar Number: 92228**

Richard James Blevins
Ocean Springs, MS

**Bar Number: 99032**

Douglas MacMillan Borthwick
Santa Ana, CA

**Bar Number: 2001160**

Holly Elizabeth Brady
Maumelle, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 92215**

Tamara Lee Brantley
Little Rock, AR

**Bar Number: 2006113**

Evest A. Broussard, III
Baton Rouge, LA

**Bar Number: 2010096**

Montie Bryant
Benton, AR

**Bar Number: 80017**

Charles Norton Bray
North Little Rock, AR

**Bar Number: 94101**

Jackie Lane Brown
Mercer Island, WA

**Bar Number: 89112**

Clay Thomas Buchanan
Rockwall, TX

**Bar Number: 2001157**

Robert Ray Briggs
Fort Smith, AR

**Bar Number: 2005015**

John Lestage Brown
Smyrna, GA

**Bar Number: 99218**

Kristine M. Buchanan
Conway, AR

**Bar Number: 85017**

Gregory G. Brittain
Lavaca, AR

**Bar Number: 2008013**

Jon Ed Brown
Idabel, OK

**Bar Number: 94066**

Deborah Katherine Buckley
Fayetteville, AR

**Bar Number: 94088**

Robert Dean Britton
Fayetteville, AR

**Bar Number: 98007**

Mary Jennifer Brown
Little Rock, AR

**Bar Number: 94048**

Paul D. Budd
Birmingham, AL

**Bar Number: 91256**

Jasper S. Brock, IV
Denham Springs, LA

**Bar Number: 87201**

Sanford Morris Brown
Dallas, TX

**Bar Number: 74019**

Thomas Alexander Buford
Haynes, AR

**Bar Number: 89203**

Johnie Phillip Brock
APO-AE

**Bar Number: 77156**

Shawna Lynne Brown
Dallas, TX

**Bar Number: 87202**

John Leonard Burket
Clinton Township, MI

**Bar Number: 91210**

Michael Derek Brock
Enterprise, AL

**Bar Number: 84171**

Robert P. Bruce
Jackson, LA

**Bar Number: 91092**

Jane Burkett
Russellville, AR

**Bar Number: 99131**

Pamela Brogdon
Stafford, TX

**Bar Number: 95069**

William Robert Bruce
Memphis, TN

**Bar Number: 85186**

Addie Marie Burks
Memphis, TN

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 88078**

Mark Terry Burnette
Little Rock, AR

**Bar Number: 92097**

Suzanne Irwin Calvert
Waxahachie, TX

**Bar Number: 76158**

Ralph F. Carter
Grand Forks, ND

**Bar Number: 2006345**

Kassi Richey Burns
Keller, TX

**Bar Number: 2003074**

Meredith Rondeau Campbell
Austin, TX

**Bar Number: 91259**

Katherine K. Cecala
Phoenix, AZ

**Bar Number: 77158**

Wilson Howard Busby
Jenks, OK

**Bar Number: 89155**

Keith Carle
Jonesboro, AR

**Bar Number: 95126**

H. John Chakales
Austin, TX

**Bar Number: 76155**

Lynn Jeanne Bush
Washington, DC

**Bar Number: 72018**

Steven N. Carlson
Little Rock, AR

**Bar Number: 95136**

David M. Chambers
Fort Lauderdale, FL

**Bar Number: 74021**

Charles L. Bussey
St. Louis, MO

**Bar Number: 91192**

Denise J. Caron
Fayetteville, AR

**Bar Number: 80172**

Ann Elizabeth Chase
Rochester, NY

**Bar Number: 91067**

Evert K. Byington
Springfield, VA

**Bar Number: 87026**

G. Scott Caroom
Little Rock, AR

**Bar Number: 2006206**

Vera Chenault
Little Rock, AR

**Bar Number: 92063**

Martha Morse Cade
ALEXANDRIA, LA

**Bar Number: 85023**

Joseph Steed Carson
Tavares, FL

**Bar Number: 80027**

Bertha T. Ching
Memphis, TN

**Bar Number: 76156**

Jerry Bruce Cain
Laredo, TX

**Bar Number: 2002162**

Asheton Mills Carter
Fort Smith, AR

**Bar Number: 81180**

Larry Gene Chipman
Cameron, MO

**Bar Number: 85183**

Mildred Boellner Cain
Richmond, VA

**Bar Number: 2011114**

Heather McNew Carter
Little Rock, AR

**Bar Number: 85026**

Murray Rickliffe Choate, II
Charleston, IL

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2000037**

Stanley Dean Christopher
Signapore

**Bar Number: 2007200**

Jennifer L. Clingan
Birmingham, AL

**Bar Number: 86028**

Kevin Eugene Collins
Birmingham, AL

**Bar Number: 74166**

William Bates Churchill
Crofton, MD

**Bar Number: 78182**

David H. Clippert
Atlanta, GA

**Bar Number: 93212**

Sean Clayton Collyge
Bentonville, AR

**Bar Number: 86036**

Marie Elizabeth Clark
Taylor, AR

**Bar Number: 2000061**

Damon Neil Cluck
Sherwood, AR

**Bar Number: 77033**

Rodney Edward Combs
St. Joseph, MO

**Bar Number: 91216**

Michael R. Clarke
Lawrence, KS

**Bar Number: 2006147**

Theodore Sizer Cochran
Little Rock, AR

**Bar Number: 91181**

William B. Combs
Bentonville, AR

**Bar Number: 2008089**

Karen Gwinn Clay
Jackson, MS

**Bar Number: 93063**

Debra Jean Coffey
Tulsa, OK

**Bar Number: 97148**

Jennifer Brynn Compton
North Little Rock, AR

**Bar Number: 75152**

Eric Scott Clifford
Paris, TX

**Bar Number: 92214**

Claire Louise Cohen
Maybrook, NY

**Bar Number: 88086**

Wilton Mitchell Cone
Brentwood, TN

**Bar Number: 2012100**

Eugene P. Clifford
Little Rock, AR

**Bar Number: 82033**

Clifford M. Cole
Memphis, TN

**Bar Number: 88055**

Judith Ann Conway
Marshall, AR

**Bar Number: 83197**

Benjamin J. Clifton
Longview, TX

**Bar Number: 83031**

Jane E. Colhoff
Black Hawk, SD

**Bar Number: 2014082**

Anthoney Kristopher Lee Coon
Fayetteville, AR

**Bar Number: 2002188**

Amber M. Cline
Dallas, TX

**Bar Number: 2012274**

Christopher Hart Collins
Little Rock, AR

**Bar Number: 94081**

Mary Virginia Cooper
Dallas, TX

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 83043**

Mark W. Corley
Fayetteville, AR

**Bar Number: 77037**

Williams George Crowe
Springfield, MO

**Bar Number: 2007291**

Erin Marie Dalton
Little Rock, AR

**Bar Number: 87040**

Mary-Corinne Corley
Kansas City, MO

**Bar Number: 2001271**

Jonathan T. Crump
Tupelo, MS

**Bar Number: 2005067**

Tina Marie Damron
Rogers, AR

**Bar Number: 2008070**

Aaron Paul Cousins
Rogers, AR

**Bar Number: 96095**

Susan Beth Crumpler
Eustis, FL

**Bar Number: 94239**

Paul Douglas Daniel
Harrison, AR

**Bar Number: 88029**

Norman Glenn Cox
De Queen, AR

**Bar Number: 93026**

Roberto G. Culas
West Valley City, UT

**Bar Number: 90070**

Dr. Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 2000047**

Joseph Crabtree, Jr.
Memphis, TN

**Bar Number: 92233**

John Thomas Cunningham
Washington, DC

**Bar Number: 2009257**

Courtney Michelle Davis
Newport News, VA

**Bar Number: 77160**

Lynn-Marie Crider
Portland, OR

**Bar Number: 2000140**

Laura Lee Cunningham
Greenwood, AR

**Bar Number: 85190**

Francis Xavier Davis
Austin, TX

**Bar Number: 76022**

Mary Elizabeth Crocker
Lee's Summit, MO

**Bar Number: 96241**

Wendy Stone Dabbous
Memphis, TN

**Bar Number: 87046**

Dale William Davison, Jr.
Little Rock, AR

**Bar Number: 72029**

Robert Paul Crockett
Clinton, AR

**Bar Number: 81043**

Kay Ellen Dalby
Little Rock, AR

**Bar Number: 92232**

Judith Lee Deason
Fort Smith, AR

**Bar Number: 84174**

Jerome L. Croston, Jr.
Dallas, TX

**Bar Number: 88089**

Renee Sue Sims Dale
Russellville, AR

**Bar Number: 80175**

Thomas Joseph Demarco
Camden, NJ

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 96074**

Christian Diane Denton
Conway, AR

**Bar Number: 98253**

William Michael Doyle
Bangkok 10110

**Bar Number: 2001200**

Tina Nicole Duvall
Bentonville, AR

**Bar Number: 2008116**

Brian DeVaney
San Antonio, TX

**Bar Number: 84039**

Claudia Laraine Driver
Springdale, AR

**Bar Number: 79059**

Awana Lightfoot Dye
Austin, AR

**Bar Number: 90038**

R. Emily Devenney
Prescott, AR

**Bar Number: 2013178**

Wesley Grant DuBois
Royse City, TX

**Bar Number: 89062**

Patricia Ann Eables
Key West, FL

**Bar Number: 91083**

Stacey Allison Dewitt
Dunwoody, GA

**Bar Number: 87055**

Jean Keesee Duffey
Pasadena, TX

**Bar Number: 74169**

James Richard Eads, Jr.
Austin, TX

**Bar Number: 96040**

Kimberly Rochell Dickson
Little Rock, AR

**Bar Number: 86015**

Don Dufresne
Russellville, AR

**Bar Number: 2006107**

David Brock East
Murfreesboro, TN

**Bar Number: 78039**

Jayme Smith Dissly
Little Rock, AR

**Bar Number: 2002012**

David Wesley Duke
North Little Rock, AR

**Bar Number: 2004123**

Stephanie Harper Easterling
Chandler, AZ

**Bar Number: 87205**

Patricia J. Dolson
Elkhart, IN

**Bar Number: 84176**

William Huie Duncan
Arlington, VA

**Bar Number: 80039**

Nancy Catherine Eddy
North Little Rock, AR

**Bar Number: 87049**

Timothy M. Domek
Fairchild AFB, WA

**Bar Number: 82058**

Ronda Wayne Dunn, Jr.
Fayetteville, AR

**Bar Number: 2003023**

James J. Edwards
Great Neck, NY

**Bar Number: 88093**

John P. Dotterweich
Bakersfield, CA

**Bar Number: 84177**

Neil Lee Durrance
Texarkana, TX

**Bar Number: 78046**

Katherine Dame Ehrenberg
Little Rock, AR

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 87010**

Faye Ellingson
Portland, OR

**Bar Number: 98038**

Adam Owen Fellows
Texarkana, TX

**Bar Number: 97219**

Charles Neil Floyd
Rockville, MD

**Bar Number: 84042**

Jerry Vinson Elliott
Darien, CT

**Bar Number: 2011089**

Jennifer Dianne Felts
Little Rock, AR

**Bar Number: 95120**

Stuart Wayne Flynn
Tuscaloosa, AL

**Bar Number: 72036**

Shade Wooten Epes, Jr.
Little Rock, AR

**Bar Number: 80179**

Daniel Blake Fincher
North Myrtle Beach, SC

**Bar Number: 73143**

Robert Lanier Fogg
Memphis, TN

**Bar Number: 93076**

Donna E. Ernsting
Columbus, GA

**Bar Number: 80207**

Kathryn Pool Fisher
West Plains, MO

**Bar Number: 97108**

Robert J. Forrest
Ottumwa, IA

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 82064**

Davis Geoffrey Fitzhugh
Little Rock, AR

**Bar Number: 96105**

D. Keith Fortner
Little Rock, AR

**Bar Number: 96079**

Berta L. Fandino
Hialeah, FL

**Bar Number: 94080**

Philip C. Fletcher
Palestine, TX

**Bar Number: 91036**

Galen Lee Fountain
Washington, DC

**Bar Number: 91015**

Jean Farmer-Calhoun
Little Rock, AR

**Bar Number: 2011258**

Brittney Dawn Flinn
Fayetteville, AR

**Bar Number: 81061**

James Douglas Foyil
Tampa, FL

**Bar Number: 2014120**

Christopher Ayres Fasel
Little Rock, AR

**Bar Number: 95059**

Carla D. Flinn
Bella Vista, AR

**Bar Number: 99208**

Robert L. Francoeur
Little Rock, AR

**Bar Number: 97012**

Valerie Fecteau
Eagle, ID

**Bar Number: 84046**

Terry L. Flora
Naples, FL

**Bar Number: 86061**

Lee Taylor Franke
Rogers, AR

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2001268**

Kimberly J. Franzen
Searcy, AR

**Bar Number: 87146**

Janet P. Gallman
Fayetteville, AR

**Bar Number: 75160**

Joseph Gregory Gerard
Little Rock, AR

**Bar Number: 94233**

Jon Charles Fredlund
Santa Fe, NM

**Bar Number: 98251**

Charles Richard Galloway
Jackson, MS

**Bar Number: 2001263**

Thomas Phillip Germeroth
St. Louis, MO

**Bar Number: 95256**

Robert B. Freeman
Sallisaw, OK

**Bar Number: 2006242**

Ronald Stuart Galloway
Dallas, TX

**Bar Number: 83204**

Diane Larrison Gibson
Kansas City, MO

**Bar Number: 82067**

Aaron L. Fuller
Alexander, AR

**Bar Number: 2013022**

Alexander Garcia
San Antonio, TX

**Bar Number: 89204**

Cary Lynn Gilbert
Los Angeles, CA

**Bar Number: 82193**

Caroline Ann Case Fuller
Denver, CO

**Bar Number: 79070**

Patrick John Gardner
Heber Springs, AR

**Bar Number: 86064**

Mel L. Gilbert
Buffalo, MO

**Bar Number: 83070**

Robert Jack Fuller
Coppell, TX

**Bar Number: 89211**

John Downing Garnett
Houston, TX

**Bar Number: 78189**

John Dee Gilliam
Longview, TX

**Bar Number: 91147**

Sherry C. Furr
North Little Rock, AR

**Bar Number: 86063**

Debra Williams Garrison
Little Rock, AR

**Bar Number: 84054**

Martha P. Gilpatrick
Jonesboro, AR

**Bar Number: 94227**

Pamela Maureen Gagliani
Oakland, CA

**Bar Number: 81188**

James Douglas Garrison
Dallas, TX

**Bar Number: 87068**

Yolanda T. Givens
North Las Vegas, NV

**Bar Number: 2011166**

J. Daniel Gallagher
Russellville, AR

**Bar Number: 93170**

Robert McDowell Gentry
Missoula, MT

**Bar Number: 85216**

Shelley Lynn Glass
Panana City, FL

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 86069**

Sandra Jeannine Gooding
Birmingham, AL

**Bar Number: 90074**

Judith Mills Gray
Fayetteville, AR

**Bar Number: 98174**

Gadson A. Griffis
Cullowhee, NC

**Bar Number: 88032**

Randall Dean Goodwin
Texarkana, TX

**Bar Number: 93137**

Sara L. Green
Fort Irwin, CA

**Bar Number: 2011007**

Jerry Elizabeth Erzsebet Griffith
Fayetteville, AR

**Bar Number: 84055**

Philip Doyle Gould
Conway, AR

**Bar Number: 88102**

Therese Hagemann Green
Mobile, AL

**Bar Number: 89121**

Gary George Grisso
Tulsa, OK

**Bar Number: 98237**

James R. Gowen, Jr.
Searcy, AR

**Bar Number: 84182**

Joyce Rayburn Greene
Montclair, CA

**Bar Number: 94004**

David Mark Gunter
Hope, AR

**Bar Number: 2005040**

Chad Gowens
Fayetteville, AR

**Bar Number: 80053**

Jacquelyn Custer Gregan
Houston, TX

**Bar Number: 80183**

Thad M. Guyer
Medford, OR

**Bar Number: 91253**

Stephen Michael Graham
Dallas, TX

**Bar Number: 74065**

Dennis Ray Griesse
Fayetteville, AR

**Bar Number: 87070**

Albert Hall, III
Cabot, AR

**Bar Number: 2010143**

Shannon Gene Grant
Jonesboro, AR

**Bar Number: 98096**

Deborah Denise Griffin
Collierville, TN

**Bar Number: 94235**

Cristin Denise Hall
Coppell, TX

**Bar Number: 75048**

James C. Graves
Fairfield, IA

**Bar Number: 2013054**

Mitzi Griffin
Little Rock, AR

**Bar Number: 99045**

Vanessa Hakim Hall
Tampa, FL

**Bar Number: 90194**

Dottie Mae Gray
San Antonio, TX

**Bar Number: 95026**

R. Anthony Griffin
Edmund, OK

**Bar Number: 83206**

Val Calhoun Halsey
Pensacola, FL

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2000089**

Kelly Hopkins Halstead
El Dorado, AR

**Bar Number: 2006114**

Cyndia M. Hammond
Texarkana, TX

**Bar Number: 2006081**

Leslie L. Wilcox Hammond
Long Beach, CA

**Bar Number: 95013**

Claire Shows Hancock
Little Rock, AR

**Bar Number: 81193**

D. Michael Hancock
Washington, DC

**Bar Number: 84183**

William Warren Hancock
Grand Prairie, TX

**Bar Number: 87071**

Mildred Havard Hansen
Little Rock, AR

**Bar Number: 77058**

William Clyde Harbour
Portsmouth, VA

**Bar Number: 92173**

Robert Clarence Harder
Fayetteville, AR

**Bar Number: 2008006**

Robert C. Hardy, Sr.
Houston, TX

**Bar Number: 97006**

Michelle Harkey
Batesville, AR

**Bar Number: 84067**

Mike Scott Harris
Fayetteville, AR

**Bar Number: 2006141**

Elizabeth A. Hart
Tulsa, OK

**Bar Number: 2008095**

Elizabeth Engelkes Hartz
Little Rock, AR

**Bar Number: 2001229**

Glen Farris Harvey
Tuscaloosa, AL

**Bar Number: 2000009**

K. Daniel Hash
Conway, AR

**Bar Number: 75163**

John Benham Hawley
Dallas, TX

**Bar Number: 2000044**

Brian Patrick Hayes
Fort Smith, AR

**Bar Number: 98002**

Philip James Hayes
Brentwood, TN

**Bar Number: 92170**

Thomas Edward Hays, III
Scotland, UK

**Bar Number: 95236**

Julia Faubion Hedgpeth
Houston, TX

**Bar Number: 81195**

Jud Wiley Heflin
Rogers, AR

**Bar Number: 82196**

Col. Joseph L. Heimann
Highland, IL

**Bar Number: 97040**

Jeanette Stephens Heimbaugh
Little Rock, AR

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 86192**

Robert Brooks Helfrich
Jackson, MS

**Bar Number: 2010097**

April McEachern Helms
Birmingham, AL

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 77166**

Charles W. Hemingway
Alexandria, VA

**Bar Number: 85213**

Mark Leslie Hendren
Joplin, MO

**Bar Number: 80185**

David G. Hendricks
Oklahoma City, OK

**Bar Number: 2005061**

Telma Nadvorny Henry
Houston, TX

**Bar Number: 2007109**

Timothy Powell Herron
The Woodlands, TX

**Bar Number: 85072**

Charles Franklin Hickman
Springfield, IL

**Bar Number: 95220**

James Warren Higgins
Maumelle, AR

**Bar Number: 75165**

David Earl Hightower
Bloomington, IL

**Bar Number: 2015070**

Ryan Christopher Hill
Alexander, AR

**Bar Number: 2001277**

Wendy R. Hill
Little Rock, AR

**Bar Number: 2000141**

Lisa Gay Hixon
Davenport, IA

**Bar Number: 72055**

Josef Veachel Hobson
Natural Dam, AR

**Bar Number: 76194**

John Wilbern Hockett
Los Angeles, CA

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 97073**

Donna J. Hodges
Florence, MS

**Bar Number: 2003033**

Tina Marie Hodne
Fayetteville, AR

**Bar Number: 97208**

Michael Scott Hodson
Fayetteville, AR

**Bar Number: 94022**

Lori Ann Hoggard
Roland, AR

**Bar Number: 79166**

James Robert Holbein
Burke, VA

**Bar Number: 84074**

Eric Holcomb
Los Angeles, CA

**Bar Number: 96050**

Vicki Lei Holder
Mena, AR

**Bar Number: 2006049**

Courtney Myers Holland
Texarkana, TX

**Bar Number: 75167**

James Derrell Holland
Baton Rouge, LA

**Bar Number: 94095**

Tonya A. Holley
Little Rock, AR

**Bar Number: 84184**

John Robert Hollis
Hope, AR

**Bar Number: 84185**

Russell A. Hollrah
Washington, DC

**Bar Number: 93031**

Brian Sherwood Holman
Aubrey, TX

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 91240**

T. Wesley Holmes
Dallas, TX

**Bar Number: 93041**

Tamika Babette Hrobowski
Ellenwood, GA

**Bar Number: 2006224**

Nelson R. Ireson
Little Rock, AR

**Bar Number: 2003038**

Lisa L. Honey
San Francisco, CA

**Bar Number: 2004212**

Elizabeth Goldner Hubbard
Little Rock, AR

**Bar Number: 86196**

Carol J. Jackson
Fort Worth, TX

**Bar Number: 96099**

Glen Hooks
Little Rock, AR

**Bar Number: 92151**

Deborah Jean Hudson
Estes Park, CO

**Bar Number: 91209**

Philip Reid Jackson
Grapevine, TX

**Bar Number: 96262**

Brian Edmund Hooper
Rogers, AR

**Bar Number: 74079**

James C. Hudson
Barling, AR

**Bar Number: 2002179**

Ruby Carmona Jackson
Rogers, AR

**Bar Number: 88008**

Gregory Alan Hoover
Texarkana, TX

**Bar Number: 2011242**

Hannah Huegel
Edwards, CO

**Bar Number: 2013298**

Stephany T. Jackson
Arlington, TX

**Bar Number: 2003105**

Deborah Houston
Redfield, AR

**Bar Number: 2002126**

Amy Susanne Huffman
North Little Rock, AR

**Bar Number: 94013**

Stephen J. Jackson
Van Horn, TX

**Bar Number: 92206**

Donald R. Howard
El Paso, TX

**Bar Number: 2008020**

Christopher L. Hughes
Van Buren, AR

**Bar Number: 89124**

Beau John Jacob
Morgan Hill, CA

**Bar Number: 82225**

David Edward Howe
Peoria, IL

**Bar Number: 80065**

Frederick Oliver Humke, III
Monument, CO

**Bar Number: 80069**

Judy Jacobson
Oceanside, CA

**Bar Number: 2010268**

James Owen Howe
Little Rock, AR

**Bar Number: 96191**

John Mark Huneycutt
Fayetteville, AR

**Bar Number: 89218**

Steven Arnold Jacobson
New York, NY

SLIP OPINION

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 81097**

Richard C. Jans
Little Rock, AR

**Bar Number: 97032**

Glendell Jones, Jr.
Jonesboro, AR

**Bar Number: 82015**

Charlene F. Kane
Little Rock, AR

**Bar Number: 77070**

Richard Allen Jarrett
Jonesboro, AR

**Bar Number: 74172**

James Phelps Jones
Dallas, TX

**Bar Number: 2007244**

Beth Cheeseman Kearney
Irvine, CA

**Bar Number: 90021**

James Burton Jennen
Garland, TX

**Bar Number: 2005209**

Jonathan D. Jones
Springdale, AR

**Bar Number: 73064**

Robert Raymond Keegan
Fayetteville, AR

**Bar Number: 2006236**

Cory Marshall Johnson
Corpus Christi, TX

**Bar Number: 94200**

Matthew Ridgway Jones
Little Rock, AR

**Bar Number: 2004165**

Jason T. Kelly
Alamosa, CO

**Bar Number: 85200**

Laura J. Johnson
Windfell, LA

**Bar Number: 2006133**

Samuel Jones
Memphis, TN

**Bar Number: 89236**

Jennifer Sevier Kelly
Franklin, TN

**Bar Number: 2002138**

Kelli Kristin Johnston
Long Beach, CA

**Bar Number: 90113**

Tonia Peoples Jones
Little Rock, AR

**Bar Number: 82202**

Lisa A. Kelly
Seattle, WA

**Bar Number: 76057**

Benita Terry Jones
Little Rock, AR

**Bar Number: 88009**

Michael A. Joyce
Tulsa, OK

**Bar Number: 85201**

Thomas G. Kemper
Arnold, MO

**Bar Number: 81149**

Beverly Stites Jones
Fort Smith, AR

**Bar Number: 95105**

Jill Amonette Kadrie
Signal Mountain, TN

**Bar Number: 84188**

Timothy J. Kennedy
Cedar Rapids, IA

**Bar Number: 2010023**

Dylan Charles Jones
Little Rock, AR

**Bar Number: 81103**

Richard Charles Kalkbrenner
Little Rock, AR

**Bar Number: 2007298**

Sarah B. Kent
Clarksville, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 80077**

Arthur Jay Kerns
Little Rock, AR

**Bar Number: 2007316**

Jana Kaye Kinkade
North Little Rock, AR

**Bar Number: 88126**

Eileen C. Kradel
Fort Smith, AR

**Bar Number: 2012159**

Daniel S. Ketcher
Coconut Creek, FL

**Bar Number: 90064**

Christopher Winfield Kirby
Elgin, TX

**Bar Number: 75073**

Daniel J. Kroha, Jr.
Little Rock, AR

**Bar Number: 2002211**

Jay Juhani Kiiha
Boise, ID

**Bar Number: 88125**

Patrick Russell Kirby
Houston, TX

**Bar Number: 87099**

Ronald L. Krueger
Gentry, AR

**Bar Number: 74091**

Joseph E. Kilpatrick, Jr.
Little Rock, AR

**Bar Number: 74093**

Neal Bartlett Kirkpatrick
Tulsa, OK

**Bar Number: 84190**

Shelley K. Kurt
Topeka, KS

**Bar Number: 86146**

Judy Adair Kim
Fort Smith, AR

**Bar Number: 89239**

Jerry M. Kirksey
Bolivar, MO

**Bar Number: 77169**

Walter S. Kyle
Hingham, MA

**Bar Number: 2000045**

Hardin Barton Kimmel
Memphis, TN

**Bar Number: 2003029**

Hope Hayden Kizer-O'Briant
Germantown, TN

**Bar Number: 90026**

Barry Joseph Lafarlette
Jonesboro, AR

**Bar Number: 73068**

Barry Donald Kincannon
Fort Smith, AR

**Bar Number: 85085**

Marc Aaron Kline
Florence, SC

**Bar Number: 86107**

Carl O. Lamar
Marlow, OK

**Bar Number: 74092**

Frederick Hulon King
Little Rock, AR

**Bar Number: 2009182**

Toni Koehler
Hot Springs, AR

**Bar Number: 72123**

Ronald T. Lamay
Kansas City, MO

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 75184**

James Duncan Kopernak
Jackson, MS

**Bar Number: 2011292**

Candice M. Lang
New York, NY

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 80192**

Joni J. Langevoort
Vienna, VA

**Bar Number: 79118**

Alvin Laser
Houston, TX

**Bar Number: 84089**

John Michael Latham
Little Rock, AR

**Bar Number: 96094**

William E. Lawrence
Ozark, MO

**Bar Number: 2012208**

Ryan William Lazenby
Little Rock, AR

**Bar Number: 84211**

Erin Leary
Omaha, NE

**Bar Number: 95103**

Joseph Michael Ledbetter
Jonesboro, AR

**Bar Number: 83111**

Clyde E. Lee
Texarkana, TX

**Bar Number: 80193**

Debra F. J. Lee
Medford, OR

**Bar Number: 95187**

James Todd Lewis
Springdale, AR

**Bar Number: 84090**

Royce Lewis
North Little Rock, AR

**Bar Number: 80208**

Stanley Bernard Lewis
Miami, FL

**Bar Number: 82094**

Bernard Thomas Lienhart, Jr.
Conway, AR

**Bar Number: 82095**

Charles Knox Lincoln, II
Little Rock, AR

**Bar Number: 2000010**

Julie Ann Linker
Fayetteville, AR

**Bar Number: 93152**

Lewis Ward Littlepage
Wailuku, HI

**Bar Number: 2006340**

Andrew R. Liverman
Milwaukee, WI

**Bar Number: 94043**

Beth Ann Long
Little Rock, AR

**Bar Number: 2004042**

Gary R. Long
St. Louis, MO

**Bar Number: 98193**

Melanie Hope Long
Fayetteville, AR

**Bar Number: 2005003**

Susan K. Lourne
Trout Lane, WA

**Bar Number: 79197**

David Michael Love
Lake Zurich, IL

**Bar Number: 88043**

R. Kent Lovell
Atlanta, GA

**Bar Number: 2007064**

Patrick Lee Lowther
Atlanta, GA

**Bar Number: 85050**

Adele E. Lucas
Fayetteville, AR

**Bar Number: 85093**

George L. Lucas, Jr.
Oxford, MS

**Bar Number: 93223**

Marcia Y. Lucas
Milwaukee, WI

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 84095**

Charles R. Lucus
New Bloomfield, MO

**Bar Number: 91254**

John Kevin Madden
Arlington, VA

**Bar Number: 71097**

John Keith Martensen
Ozona, FL

**Bar Number: 91100**

Susan Treece Lusby
Fayette, MO

**Bar Number: 77085**

Nancy Jane Mahler
Little Rock, AR

**Bar Number: 87207**

Cameron Wayne Martin
Tulsa, OK

**Bar Number: 2007295**

Reed D. Luthanen
Bentonville, AR

**Bar Number: 2001048**

Daniel Mark Mallory
Bella Vista, AR

**Bar Number: 73075**

George W. Mason, III
Fayetteville, AR

**Bar Number: 2011189**

Jason Elliot Lynch
Little Rock, AR

**Bar Number: 92087**

Charles Foster Malloy
Dallas, TX

**Bar Number: 79176**

Ronald J. Mason
Elgin, TX

**Bar Number: 83213**

Brian G. Lyons
Tallahassee, FL

**Bar Number: 91046**

D. Carson Marcantel
Baton Rouge, LA

**Bar Number: 75084**

James Proctor Massie
Little Rock, AR

**Bar Number: 2014021**

Nicholas Russell Lyons
Little Rock, AR

**Bar Number: 2008018**

R. Clive Markland
Houston, TX

**Bar Number: 2008094**

Matthew Richard Matheny
Little Rock, AR

**Bar Number: 87107**

Monica Roxanne Mabry
Conway, AR

**Bar Number: 76176**

Patti Hudson Marks
Denver, CO

**Bar Number: 77172**

James Price Mathieson, Jr.
Austin, TX

**Bar Number: 85095**

Theodore Edward Mackall, Jr.
Dallas, TX

**Bar Number: 82101**

Pamela Kay Marshall
Little Rock, AR

**Bar Number: 86116**

William Travis Mathis, II
Kansas City, MO

**Bar Number: 86112**

Joe Elza Madden, Jr.
Little Rock, AR

**Bar Number: 79256**

Wanda Martar
West Memphis, AR

**Bar Number: 73077**

Richard Larry Mattison
Benton, AR

SLIP OPINION

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 72125**

Tyrone Eugene May
Lynn Haven, FL

**Bar Number: 2008016**

Elizabeth McCandless
Little Rock, AR

**Bar Number: 99117**

Scott Edward McCrillis
Garland, TX

**Bar Number: 76177**

Charles D. Maynard, Jr.
Houston, TX

**Bar Number: 92252**

Michael Joseph McCarthy, III
Dellwood, MO

**Bar Number: 79204**

Claude Douglas McDaniel
Santa Rosa Beach, FL

**Bar Number: 82103**

Walter Pointer Mayo
Holly Grove, AR

**Bar Number: 89227**

Lagayle Dawn McCarty
Bella Vista, AR

**Bar Number: 88134**

Roderick J. McDonald, II
Dallas, TX

**Bar Number: 97055**

Stephanie L. Mays
Fayetteville, AR

**Bar Number: 83119**

Catherine Jane McClendon
Fayetteville, AR

**Bar Number: 83120**

James Ferguson McDougal, III
West Memphis, AR

**Bar Number: 2002125**

Todd Alan Mazzanti
Lake Village, AR

**Bar Number: 2013009**

Brittney Angela McClinton
Hubbard, TX

**Bar Number: 2010088**

Andrew J. McEnaney
HOUSTON, TX

**Bar Number: 87112**

Sula Snyder McAuley
Destin, FL

**Bar Number: 2007003**

Brittany Leah McCollum
Little Rock, AR

**Bar Number: 97180**

Mary Elizabeth McFadyen
Biloxi, MS

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 76179**

Daniel F. McConnell
Niceville, FL

**Bar Number: 91139**

Robert Daniel McGill
Augusta, AR

**Bar Number: 74174**

James Cureton McCaa, III
Virginia Beach, VA

**Bar Number: 76180**

Linda Grim McCormick
Alvin, TX

**Bar Number: 92235**

Colleen M. McGrail
Little Rock, AR

**Bar Number: 2006313**

Michelle Mallon McCall
Houston, TX

**Bar Number: 75171**

Dale Edward McCoy
Falls Church, VA

**Bar Number: 74104**

E. Winton McInnis, III
Little Rock, AR

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 98235**

Paula Michelle McKissick
Stafford, AZ

**Bar Number: 2002131**

Andrew B. Mead
Springfield, MO

**Bar Number: 90028**

James Noel Miller
Forrest City, AR

**Bar Number: 2007301**

Cline Wesley McKnight
Fayetteville, AR

**Bar Number: 2008033**

Mandy Nicole Meadors
Little Rock, AR

**Bar Number: 89065**

Jennifer Jane Miller
Washington, DC

**Bar Number: 85106**

Roger E. McMillan
Fayetteville, AR

**Bar Number: 2010092**

Wayne Tristan Mehlin
North Little Rock, AR

**Bar Number: 79207**

Michael K. Miller
Albany, OR

**Bar Number: 82204**

John R. McNair
Dallas, TX

**Bar Number: 81206**

Teresa Flynn Melendez
El Paso, TX

**Bar Number: 83128**

Rodney Reed Miller
Dallas, TX

**Bar Number: 2007219**

Brian James McNamara
Lexington, VA

**Bar Number: 73158**

Richard Drew Meredith
Council Bluffs, IA

**Bar Number: 94079**

Theresa Gardiner Miller
Peoria, IL

**Bar Number: 95042**

Brandy Mellissa McShane
Springfield, MO

**Bar Number: 87118**

Barbara Black Meyer
Little Rock, AR

**Bar Number: 73161**

Ronald C. Mills
San Antonio, TX

**Bar Number: 2003069**

Sherri J. McVay
Orlando, FL

**Bar Number: 99122**

Steven Scott Michaels
Bradenton, FL

**Bar Number: 98035**

Mark William Milstead
Emeryville, CA

**Bar Number: 91086**

Alan R. McWilliams
Little Rock, AR

**Bar Number: 97231**

Cylenthia LaToye Miller
Detroit, MI

**Bar Number: 83215**

Mary Helen Mitchell
Texarkana, AR

**Bar Number: 2001206**

Matthew J. McWilliams
Gilbert, AZ

**Bar Number: 73160**

Glanetta Miller
Reston, VA

**Bar Number: 97174**

DeeNita Dawn Moak
Alexandria, VA

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2007031**

Brendan Tattersall Monaghan
Little Rock, AR

**Bar Number: 82114**

David Emmett Morris
Fayetteville, AR

**Bar Number: 90115**

Charlotte B. Murphy
Roland, AR

**Bar Number: 93220**

Marcia Montee
Little Rock, AR

**Bar Number: 2007107**

Melissa Marie Morris
Houston, TX

**Bar Number: 93205**

Jackie James Murphy
Little Rock, AR

**Bar Number: 83130**

Tony Elliet Montgomery
Colorado Springs, CO

**Bar Number: 77094**

William Thomas Morris
Dallas, TX

**Bar Number: 88195**

Shannon Murphy
Los Angeles, CA

**Bar Number: 2002178**

Kyle Evan Waters Moody
Sallisaw, OK

**Bar Number: 76181**

Joshua Rutland Morriss, III
Texarkana, TX

**Bar Number: 86131**

Dane J. Myers
Springdale, AR

**Bar Number: 94229**

D. Mark Moore
Austin, TX

**Bar Number: 2008244**

Neil Carlton Moss
McKinney, TX

**Bar Number: 89046**

Ronald Keith Myers
Wake Village, TX

**Bar Number: 89216**

Lewis B. Moore, III
Phoenix, AZ

**Bar Number: 74003**

Franklin Jackson Mott, III
Little Rock, AR

**Bar Number: 81208**

Dana G. Nahlen
Dallas, TX

**Bar Number: 2003113**

Whitney L. Moore
Little Rock, AR

**Bar Number: 90056**

Patrick Wyatt Moudy
Burkburnett, TX

**Bar Number: 2013215**

Harold David Nations
Heber Springs, AR

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 85134**

Karen Queen Mourad
Carefree, AZ

**Bar Number: 98136**

Christy Lee Naylor
Dallas, TX

**Bar Number: 95215**

Cynthia Walton Moriconi
Little Rock, AR

**Bar Number: 84195**

Patti S. Mullins
Harrison, AR

**Bar Number: 2008288**

Lisa Michelle Neal-Graves
Shanghai

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2008204**

Daniel Shanks Newell
West Jefferson, NC

**Bar Number: 2000129**

Stephanie Marie O'Brien
Galway, Ireland

**Bar Number: 75174**

Roger Dwayne Osburn
Houston, TX

**Bar Number: 93037**

Anna Marie Newton
Murfreesboro, TN

**Bar Number: 97076**

Lisa Ann Ochs
Brookland, AR

**Bar Number: 2011092**

Matthew Osman
Fennville, MI

**Bar Number: 82066**

Ann Kell Nichols
Vashon, WA

**Bar Number: 82207**

James Patrick O'Connor
Vancouver, WA

**Bar Number: 86137**

Bobby Dan Owens, Jr.
Bentonville, AR

**Bar Number: 93071**

Jonnie M. Nix
St. Paul, MN

**Bar Number: 83137**

Thomas J. O'Hern
Orlando, FL

**Bar Number: 2000139**

Jennifer K. Owens
Little Rock, AR

**Bar Number: 2006337**

Scott Nolen
New York, NY

**Bar Number: 84206**

David Marshall Olive
Fort Smith, AR

**Bar Number: 85124**

Steff Padilla
Sherman Oaks, CA

**Bar Number: 91094**

Barbara Lake Notter
Clarksdale, MS

**Bar Number: 87127**

David Bradley Olsen
Minneapolis, MN

**Bar Number: 83140**

Lazar M. Palnick
Pittsburg, PA

**Bar Number: 2004157**

Jessica A. Novak
Rogers, AR

**Bar Number: 94062**

Frank A. O'Mara
Little Rock, AR

**Bar Number: 2003179**

Miles Montgomery Parks
Little Rock, AR

**Bar Number: 93064**

Kim Caroline Novicki
Los Angeles, CA

**Bar Number: 98250**

David Michael Orland
Arlington, VA

**Bar Number: 70092**

Max R. Parrish
Washington, DC

**Bar Number: 87124**

George Edward Nowotny, III
Anaheim, CA

**Bar Number: 74180**

Patrick Dale O'Rourke
Joelton, TN

**Bar Number: 2008252**

Matthew Brent Parsons
Little Rock, AR

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 96150**

William R. Patterson, III
Paris, TX

**Bar Number: 2010117**

James Thomas Perry, Jr.
Houston, TX

**Bar Number: 90227**

Betty Ann Pitts
Afton, OK

**Bar Number: 84120**

David G. Paul
St. Petersburg, FL

**Bar Number: 89097**

Rae Rice Perry
Pine Bluff, AR

**Bar Number: 73164**

James Thurman Pitts
Rockville, MD

**Bar Number: 80113**

Beth Angela Peace
Harrison, AR

**Bar Number: 78126**

Gary Don Person
Allen, TX

**Bar Number: 84124**

Mark Allen Plake
Glendale, AZ

**Bar Number: 91097**

Linda Jo Peacock
Birmingham, AL

**Bar Number: 94213**

Donna M. Phillips
Stillwater, OK

**Bar Number: 97178**

William C. Plouffe, Jr.
Kutztown, PA

**Bar Number: 95274**

Nelson Edward Peacock
Washington, DC

**Bar Number: 90065**

Kevin Hines Phillips
Bryan, TX

**Bar Number: 99057**

Anita Kay Poole
Poteau, OK

**Bar Number: 83217**

Paul W. Pearson
Dallas, TX

**Bar Number: 95153**

Michael Scott Phillips
Columbus, GA

**Bar Number: 2004053**

Scott H. Post
DeQueen, AR

**Bar Number: 95010**

Ann M. Pellegrino
Parker, TX

**Bar Number: 2007181**

Wrona R. Pierce
Little Rock, AR

**Bar Number: 2003048**

Tracy Lynn Powell
Hope, AR

**Bar Number: 87132**

David H. Pennington
Little Rock, AR

**Bar Number: 96232**

Raymond Chad Pifer
Atlanta, GA

**Bar Number: 91213**

Jason Douglas Prather
Little Rock, AR

**Bar Number: 89144**

Denise Perry
Richmond, VA

**Bar Number: 91220**

Leslie L. Pirtle
Tyler, TX

**Bar Number: 93216**

Robin Leigh Proctor
Little Rock, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 74125**

Allan Franklin Pruitt
Little Rock, AR

**Bar Number: 2005103**

Kevin E. Reed
Memphis, TN

**Bar Number: 79189**

William Frank Ridlon, II
Elizabethtown, KY

**Bar Number: 73097**

Charles Jesse Pugh
Little Rock, AR

**Bar Number: 98227**

Paul Erwin Reeves
Sebastian, FL

**Bar Number: 84199**

David Wylie Riner
Portland, TX

**Bar Number: 89086**

Penny Pumphrey
Dallas, TX

**Bar Number: 78205**

Emil Ernst Reichstadt
Dallas, TX

**Bar Number: 2008136**

James Allen Roach
Dallas, TX

**Bar Number: 87203**

Mary Pat Rabroker
Dallas, TX

**Bar Number: 95195**

Linda Ann Reid
Milwaukee, WI

**Bar Number: 90155**

William Sayer Roach
Little Rock, AR

**Bar Number: 2003220**

Robert Morris Ragland
Fayetteville, AR

**Bar Number: 82133**

James Richard Reierson
Walla Walla, WA

**Bar Number: 85137**

Cecilia Roberts
Boston, MA

**Bar Number: 2011025**

Andrew H. Raines
Eads, TN

**Bar Number: 88155**

Kathleen Reynolds
Little Rock, AR

**Bar Number: 2000060**

James Garry Roberts, II
Springdale, AR

**Bar Number: 89200**

Sloan R. Raney
Jonesboro, AR

**Bar Number: 90114**

Sarah Wilson Rice
Richmond, IN

**Bar Number: 2006338**

Jason Scott Roberts
Valparaiso, IN

**Bar Number: 79236**

Marilyn Frances Rauch
Little Rock, AR

**Bar Number: 76105**

F. Eugene Richardson
Prairieville, LA

**Bar Number: 75106**

Raymond Randolph Roberts
Wilmington, NC

**Bar Number: 87209**

James Douglas Redpath
Phoenix, AZ

**Bar Number: 79188**

James Wayne Richardson
Tucson, AZ

**Bar Number: 96011**

Spencer Raymond Robinson
Shelbyville, KY

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 94041**

Patrick William Rodery
Mountain Grove, MO

**Bar Number: 90140**

James H. Rollins, II
St. Louis, MO

**Bar Number: 94051**

Dawn Michele Rystrom
Bentonville, AR

**Bar Number: 91025**

Rick M. Rodery
Piggott, AR

**Bar Number: 81138**

Jerry E. Rose
Springdale, AR

**Bar Number: 85207**

Steven R. Saindon
San Antonio, TX

**Bar Number: 2002056**

Barclay Rogers
Auckland, New Zeland

**Bar Number: 96207**

Kathryn Massey Roset
Little Rock, AR

**Bar Number: 85174**

Nora H. Sams
Edmond, OK

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 2014250**

Nicholas J. Ross
Atlanta, TX

**Bar Number: 2001121**

Roshini Eva Samuel
Little Rock, AR

**Bar Number: 77114**

James Maurice Rogers
North Little Rock, AR

**Bar Number: 2010185**

Jennifer Danielle Rossmeier
San Antonio, TX

**Bar Number: 86153**

Laquita Saunders
Jonesboro, AR

**Bar Number: 86151**

Karen T. Rogers
Little Rock, AR

**Bar Number: 87150**

Jeffery S. Rubel
Milford, OH

**Bar Number: 89160**

Charles Robert Scanlon
Chesterfield, MO

**Bar Number: 73166**

Richard O. Rogers
Texarkana, TX

**Bar Number: 73105**

Frances Howell Rudko
Marion, MA

**Bar Number: 99169**

Paul Dedman Scarborough
Pembroke Pines, FL

**Bar Number: 2011290**

Robert Brian Rogers
State University, AR

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 80128**

Daniel Kent Schieffler
West Helena, AR

**Bar Number: 85139**

Susan M. Rogers
Denver, CO

**Bar Number: 2003022**

Brenna J. Ryan
Phoenix, NY

**Bar Number: 2006261**

Lauren Michelle Schlesinger
Tempe, AZ

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 91185**

Joanne S. Schlueter
Cleburne, TX

**Bar Number: 87210**

Richard Fredric Schmidt
Mount Pleasant, SC

**Bar Number: 83225**

Walter G. Schmidt
Centennial, CO

**Bar Number: 95088**

William Dean Schubert
Glenwood Springs, CO

**Bar Number: 97059**

Robert Lloyd Schultz
Houston, TX

**Bar Number: 94074**

Keith Alan Scott
Dallas, TX

**Bar Number: 87155**

Robert L. Scull, III
Little Rock, AR

**Bar Number: 2012040**

Timothy Erik Semelka
Little Rock, AR

**Bar Number: 87158**

Andy O'Neal Shaw, III
Little Rock, AR

**Bar Number: 2010005**

Bradley S. Shelts
Scottsdale, AZ

**Bar Number: 2002156**

Bradley D. Shepherd
Fayetteville, AR

**Bar Number: 81143**

Anthony Jay Sherman
Fayetteville, AR

**Bar Number: 82146**

Elisabeth Hulen Shipley
Midlothian, VA

**Bar Number: 2012145**

Stephen Anthony Shoptaw
Benton, AR

**Bar Number: 2006312**

Adam B. Short
Jacksonville, AR

**Bar Number: 82211**

Rickey C. Shumaker
Texarkana, TX

**Bar Number: 94214**

Katherine Shurlds
Fayetteville, AR

**Bar Number: 91109**

Janne Giroir Siegel
Little Rock, AR

**Bar Number: 90207**

Sharon Russell Sigmon
Bethal, AK

**Bar Number: 77073**

David Barton Simmons
Little Rock, AR

**Bar Number: 2007206**

Brian P. Simpson
Greensboro, NC

**Bar Number: 2006105**

Larry D. Sims, II
Memphis, TN

**Bar Number: 2010264**

Michael Andrew Singleton
Little Rock, AR

**Bar Number: 91059**

Lynn J. Skinner
Heber Springs, AR

**Bar Number: 87038**

Stacey Slaughter
Muldrow, OK

**Bar Number: 94037**

Bernadette Smith
Kingston, AR

**Bar Number: 74184**

Charles Edwin Smith, II
Arlington, TX

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 83165**

Craig T. Smith
Miami Beach, FL

**Bar Number: 2007233**

Curt Reid Soefker
Memphis, TN

**Bar Number: 92090**

Patrick Dewayne Stauber
Prosper, TX

**Bar Number: 2003061**

Donna Eugenia "Gina" Smith
Fort Smith, AR

**Bar Number: 98092**

Evan Reno Sotiriou
St. Louis, MO

**Bar Number: 94031**

Ramona G. Stein
Springdale, AR

**Bar Number: 86199**

Jeffrey Douglas Smith
Livermore, CA

**Bar Number: 91084**

Rodney Bryan Sparkman
Tulsa, OK

**Bar Number: 79262**

Richard B. Steinkamp
Washington, DC

**Bar Number: 77127**

Julia L. Smith
Florissant, MO

**Bar Number: 79261**

George B. Spencer, III
Fayetteville, AR

**Bar Number: 94178**

Karlene Selethea Stevens
West Palm Beach, FL

**Bar Number: 88050**

Robert Ray Smith
Austin, TX

**Bar Number: 82149**

Gary Stephen Spicer
New York, NY

**Bar Number: 96220**

Kelly Sanders Stevenson
Olive Branch, MS

**Bar Number: 2005254**

Ruston B. Smith
Chicaco, IL

**Bar Number: 2000095**

Larry Leister Spradlin
Greenbrier, AR

**Bar Number: 84097**

Nancy Marinko Stewart
Benton, AR

**Bar Number: 81222**

Scott Floyd Smith
New York, NY

**Bar Number: 98081**

Bartley Stiers Spung
Montgomery, AL

**Bar Number: 2004146**

Dawn Marie Stidd
El Dorado, AR

**Bar Number: 75118**

Theodore Carlyle Smith
SPRINGFIELD, MO

**Bar Number: 74137**

Paul Wesley Stanfield
AUSTIN, TX

**Bar Number: 85156**

Wallace M. Story, Jr.
Little Rock, AR

**Bar Number: 83167**

Lillian Chere' Sneed
North Little Rock, AR

**Bar Number: 89047**

John Paul Stanford
Dallas, TX

**Bar Number: 99063**

Scott Anthony Strain
North Little Rock, AR

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 81224**

Joseph Post Stringer
Flagstaff, AZ

**Bar Number: 74142**

Clarence Daniel Stripling
Bryant, AR

**Bar Number: 80140**

James Orville Strother
Wichita, KS

**Bar Number: 75178**

Martha Lou Strother
Little Rock, AR

**Bar Number: 75179**

David C. W. Stuart
Georgetown, KY

**Bar Number: 87167**

Michael Edward Stubblefield
Visalia, CA

**Bar Number: 84140**

James Gilmore Stuckey, III
Marietta, GA

**Bar Number: 94083**

Lester Carl Stuckmeyer, Jr.
St. Louis, MO

**Bar Number: 79122**

Arthur H. Stuenkel
Little Rock, AR

**Bar Number: 98215**

Heather Holt Sudbury
Nashville, TN

**Bar Number: 88170**

Russell Whitfield Sullivan
Arlington, VA

**Bar Number: 94003**

Charles V. Suphan
Conway, AR

**Bar Number: 70069**

Hugo Swan, Jr.
Victoria, TX

**Bar Number: 84141**

Debra K. Sweetser
Fayetteville, AR

**Bar Number: 94085**

Sarah Alston Sweetser
Tarboro, NC

**Bar Number: 87169**

Linda Synnott
Athens, TN

**Bar Number: 98056**

Joseph D. Talley
Roswell, NM

**Bar Number: 2011084**

Stephen M. Talley
Des Moines, IA

**Bar Number: 2004059**

Anna Elizabeth Taylor
Washington, DC

**Bar Number: 87171**

Douglas Neil Teaster
Springdale, AR

**Bar Number: 86163**

Bruce Eric Tennant
Sherwood, AR

**Bar Number: 74188**

Kent Lashley Tharel
Fayetteville, AR

**Bar Number: 96249**

Cheryl Minnix Thigpen
Tulsa, OK

**Bar Number: 84201**

Martin K. Thomas
Dallas, TX

**Bar Number: 2005283**

Joshua James Thompson
North Little Rock, AR

**Bar Number: 91153**

Alisa J. Thorne-Corke
Fayetteville, AR

**Bar Number: 73171**

Allen Wayne Timmons
Springhill, LA

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 93182**

Marti S. Toennies
Little Rock, AR

**Bar Number: 86167**

C. F. Tompkins, III
Pismo Beach, CA

**Bar Number: 98170**

Sue Ann Toopes
Bowling Green, KY

**Bar Number: 2008097**

Angela S. Torn
Houston, TX

**Bar Number: 2000179**

E. Nicole Trail
Memphis, TN

**Bar Number: 92196**

Wayne Traywick
Seattle, WA

**Bar Number: 73172**

John T. Tuohey
New Orleans, LA

**Bar Number: 99089**

Heather Leigh Turnbull
Fort Lauderdale, FL

**Bar Number: 86169**

Mary Kim Vance
Nashville, TN

**Bar Number: 2006280**

Sarah K. Vanderbush
Fayetteville, AR

**Bar Number: 79128**

Linda Kay Vandever
Rogers, AR

**Bar Number: 2008226**

Jason Lawrence Vaughn
Fort Smith, AR

**Bar Number: 2006247**

Lynda Darlene Vaughn
Nome, AK

**Bar Number: 2006327**

Adam M. Vehik
Austin, TX

**Bar Number: 2004218**

Liisa K. Vehik
Alexandria, VA

**Bar Number: 81159**

William John Velek
Greenbrier, AR

**Bar Number: 79274**

Christopher William Venters
Luther, OK

**Bar Number: 76190**

Joe Darrell Villines, Jr.
Marsfield, MO

**Bar Number: 88177**

Richard Clark Vint
Dubai, UAE

**Bar Number: 2007179**

Shay Suzanne Virtue
Duluth, GA

**Bar Number: 91239**

Ronald Scott Waddell
Jonesboro, AR

**Bar Number: 89081**

L. Ed Wallen
Perryville, AR

**Bar Number: 93153**

Mark Nathaniel Waller
Fayetteville, AR

**Bar Number: 73169**

John R. Ward
Virginia Beach, VA

**Bar Number: 87181**

Marty Pruett Ward
Little Rock, AR

**Bar Number: 89219**

Michael Alan Ward
Charlottesville, VA

**Bar Number: 84158**

Paul Joseph Ward
Little Rock, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 88180**

Jeffrey G. Ware
Fayetteville, AR

**Bar Number: 92195**

Ed Webb
Conway, AR

**Bar Number: 84041**

Sharon Westhoff
Raymore, MO

**Bar Number: 2007155**

Blake William Warren
Houston, TX

**Bar Number: 98214**

Kimberly D. Webb
Orlando, FL

**Bar Number: 89092**

John Charles White
Austin, TX

**Bar Number: 2005113**

Michael Edward Warrick
Columbia, MO

**Bar Number: 94143**

Grace Ann Weber
Little Rock, AR

**Bar Number: 2011235**

Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 97034**

Christopher Lieuwes Wassenaar
Atlanta, GA

**Bar Number: 74193**

Thomas Winston Weeks
Wichita, KS

**Bar Number: 2008159**

Aileen Solovy Wiede
Racine, WI

**Bar Number: 85165**

Field Kindley Wasson, Jr.
Little Rock, AR

**Bar Number: 79135**

Robert Travis Wells
Raleigh, NC

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 90213**

Teena Knepper Watkins
Vilonia, AR

**Bar Number: 2003168**

Kami Shawn Wentz
North Little Rock, AR

**Bar Number: 82178**

James H. Wilkins, Jr.
Little Rock, AR

**Bar Number: 97226**

Timon Jeremy Watson
Dallas, TX

**Bar Number: 71077**

Donald James West
Harrison, AR

**Bar Number: 96142**

Christopher J. Will
Valdosta, GA

**Bar Number: 94237**

Cari Leigh Weaver
Tahlequah, OK

**Bar Number: 85210**

Lisa Evelyn West
Greenville, IN

**Bar Number: 2011273**

Alisha Kay Williams
Fayetteville, AR

**Bar Number: 85167**

Steve Allan Weaver
Little Rock, AR

**Bar Number: 80191**

Kauve Solange Westbrook
St. Simons Island, GA

**Bar Number: 79267**

Ann Emile Williams
Jonesboro, AR

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 92204**

Benton Darrell Williams
Chicago, IL

**Bar Number: 2009256**

Derrick L. Williams
Washington, DC

**Bar Number: 2005069**

James W. Williams
Little Rock, AR

**Bar Number: 2001108**

Robert Kirk Williams
New York, NY

**Bar Number: 76192**

James Thomas Williamson
Hockessin, DE

**Bar Number: 81238**

Henry M Willis
Los Angeles, CA

**Bar Number: 76193**

Clyde E. Wilson
Clinton, TN

**Bar Number: 70097**

Douglas Linn Wilson
Naples, FL

**Bar Number: 2001088**

Elizabeth A. Wilson
Washington, DC

**Bar Number: 77143**

J. Gregory Wilson
Little Rock, AR

**Bar Number: 2010115**

Justin C. Wilson
Saint Louis, MO

**Bar Number: 2005025**

Niki Taneeka N. Wilson
Little Rock, AR

**Bar Number: 98064**

Shannon Antoinette Wilson
Columbia, MO

**Bar Number: 72134**

Lanny Thalbert Winberry
Sacramento, CA

**Bar Number: 98009**

Stephanie Tyner Winstanley
Little Rock, AR

**Bar Number: 2007317**

Douglas Robert Wood, Jr.
Canton, MI

**Bar Number: 92222**

Jonathan David Wood
Akron, OH

**Bar Number: 75143**

Robert Harlin Wood, Jr.
Little Rock, AR

**Bar Number: 91215**

Anthony Joe Woods
Maumelle, AR

**Bar Number: 77146**

Mark Woodville
Hot Springs, AR

**Bar Number: 2006301**

Eric P. Woodward
Fayetteville, AR

**Bar Number: 2010167**

Jonathan Andrew Wright
Lexington, KY

**Bar Number: 97241**

Julie Purifoy Wright
Tyler, TX

**Bar Number: 94185**

Robin Wade Wright
Highland Village, TX

**Bar Number: 2007112**

Steven Wright
Washington, DC

**Bar Number: 2007020**

Joe Lee Wyatt
Memphis, TN

**Bar Number: 75183**

James Joseph Wyllie, Jr.
New Orleans, LA

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 90187**

Amy Oakes Young
Shreveport, LA

**Bar Number: 99123**

Paige Evans Young
Fayetteville, AR

**Total Count: 839**

.